UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re: Jairo E. Leal and                                Case No.: 17-10133-RBR
       Alexandra J. Estevez,                            Chapter 13

_____Debtors,_____/

## FINAL REPORT OF MORTGAGE MODIFICATION MEDIATOR

The undersigned court-appointed mortgage modification Mediator, for the property located at: 19332 NW 11th St. Pembroke Pines, FL 33029 reports to the Court as follows:

**A.** The final Mortgage Modification Mediation ("MMM") conference was conducted on October 25, 2017 and the following parties were present:

1. [ X ]The Debtor, Jairo E. Leal and his attorney, America Alvarez.
2. [ X] There is no Co-Obligor in this case.
3. [ X ]The Lender's representative, Bethany Naylor, and Christopher Lindhardt, Lender's counsel.
4. [ ] Other: _____

**B.** The final MMM conference was scheduled for _____, but not conducted for the following reason:

1. [ ] The parties settled prior to attending.
2. [ ] The case was dismissed.
3. [ ] The Debtor or [ ] Debtor's attorney failed to attend.
4. [ ] The Lender's representative or [ ] Lender's attorney failed to attend.
5. [ ] Other: _____.

**C.** The result of the MMM conference is as follows:

1. [ ]The parties reached an agreement.
2. [ x ]The parties did not reach an agreement.

Dated: October 25, 2017                   */s/ Betsy F. Yegelwel, Esq.*
                                          Signature of Mediator
                                          Print name: Betsy F. Yegelwel, Esq.
                                          Address: 2150 SW 13th Avenue
                                          Miami, FL 33145
                                          Telephone: 305-858-2706
                                          Email: Betsy@byeglaw.com

Copies to:
All Parties to the Mediation

LMM-LF-11 (04/01/13)