UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA

www.flsb.uscourts.gov

### CHAPTER 13 PLAN (Individual Adjustment of Debts)

☐ _____ Original Plan
■ 4th _____ Amended Plan (Indicate 1st, 2nd, etc. Amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. Modified, if applicable)

DEBTOR: Jairo Leal          JOINT DEBTOR: Alexandra J Estevez          CASE NO.: 17-10133
SS#: xxx-xx-4097            SS#: xxx-xx-9953

## I. NOTICES

**To Debtors:** Plans that do not comply with local rules and judicial rulings may not be confirmable. All plans, amended plans and modified plans shall be served upon all creditors and a certificate of service filed with the Clerk pursuant to Local Rules 2002-1 (C)(5), 3015-1(B)(2), and 3015-2. Debtor(s) must commence plan payments within 30 days of filing the chapter 13 petition or within 30 days of entry of the order converting the case to chapter 13.

**To Creditors:** Your rights may be affected by this plan. You must file a timely proof of claim in order to be paid. Your claim may be reduced, modified or eliminated.

**To All Parties:** The plan contains no nonstandard provisions other than those set out in paragraph VIII. Debtor(s) must check one box on each line listed below in this section to state whether the plan includes any of the following:

| | | |
|---|---|---|
| The valuation of a secured claim, set out in Section III, which may result in a partial payment or no payment at all to the secured creditor | ■ Included | ☐ Not included |
| Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section III | ☐ Included | ■ Not included |
| Nonstandard provisions, set out in Section VIII | ☐ Included | ■ Not included |

## II. PLAN PAYMENTS, LENGTH OF PLAN AND DEBTOR(S)' ATTORNEY'S FEE

**A. MONTHLY PLAN PAYMENT:** This Plan pays for the benefit of the creditors the amounts listed below, including trustee's fees of 10%, beginning 30 days from the filing/conversion date. In the event the trustee does not retain the full 10%, any unused amount will be paid to unsecured nonpriority creditors pro-rata under the plan:

1. $2,309.53    for months  1  to  9  ;
2. $2,700.32    for months  10  to  45  ;
3. $2,584.71    for months  46  to  60  ;

**B. DEBTOR(S)' ATTORNEY'S FEE:** ☐ NONE   ☐ PRO BONO

| Total Fees: | $7750.00 | Total Paid: | $3000.00 | Balance Due: | $4750.00 |
|---|---|---|---|---|---|
| Payable | $105.55 | /month (Months  1  to  45 ) | | | |

Allowed fees under LR 2016-1(B)(2) are itemized below:
$7,750.00-4,000 for Chapter 13 Bankruptcy, $2,500 for MMM, $500 Motion to Reinstate, $750 MTV

Applications for compensation must be filed for all fees over and above the Court's Guidelines for Compensation.

## III. TREATMENT OF SECURED CLAIMS

**A. SECURED CLAIMS:** ☐ NONE

[Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Lien on Real or Personal Property:

1. Creditor: Select Portfolio
   Address: PO Box 65250
            Salt Lake City
   Last 4 Digits of Account No.: 7009

   | | | | |
   |---|---|---|---|
   | Arrearage/ Payoff on Petition Date | $31,306.01 | | |
   | Arrears Payment (Cure) | $521.76 | /month (Months  1  to  60 ) | |
   | Regular Payment (Maintain) | $1,444.77 | /month (Months  1  to  60 ) | |
   | [Select Payment Type] | $0.00 | /month (Months ____ to ____ ) | |

Debtor(s): Jairo Leal, Alexandra J Estevez    Case number: 17-10133

| | |
|---|---|
| Other: _____ | |
| ■ Real Property | Check one below for Real Property: |
|    ■ Principal Residence | ■ Escrow is included in the regular payments |
|    ☐ Other Real Property | ☐ The debtor(s) will pay ☐ taxes ☐ insurance directly |
| Address of Collateral:<br>19332 NW 11 St<br>Hollywood, FL 33029 | |
| ☐ Personal Property/Vehicle | |
| Description of Collateral: AMERITRAIL SECTION TWO 151-28 B LOT 10 BLK 6 | |

| 2. Creditor: Weitzer Chapel Trail | | | |
|---|---|---|---|
| Address: 5618 Hollywood Blvd<br>Hollywood, FL 33021 | Arrearage/ Payoff on Petition Date | | |
| | Regular Payment (Maintain) | $27.50 /month (Months 1 to 60 ) | |
| Last 4 Digits of Account No.: 2425 | | | |

Other: _____

| | |
|---|---|
| ☐ Real Property | Check one below for Real Property: |
|    ☐ Principal Residence | ☐ Escrow is included in the regular payments |
|    ☐ Other Real Property | ☐ The debtor(s) will pay ☐ taxes ☐ insurance directly |
| Address of Collateral:<br>19332 NW 11 St<br>Hollywood, FL 33029 | |
| ☐ Personal Property/Vehicle | |
| Description of Collateral: AMERITRAIL SECTION TWO 151-28 B LOT 10 BLK 6 | |

**B. VALUATION OF COLLATERAL:** ☐ NONE

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED UPON YOU PURSUANT TO BR 7004 AND LR 3015-3.

**1. REAL PROPERTY:** ☐ NONE

| 1. Creditor: Weitzer Chapel Trail HOA | Value of Collateral: $324,840.00 | **Payment** |
|---|---|---|
| Address: 5618 Hollywood Blvd<br>Hollywood, FL 33020 | Amount of Creditor's Lien: $8,811.28 | Total paid in plan: $0.00 |
| Last 4 Digits of Account No.: 2425 | Interest Rate: 0.00% | $0.00 /month (Months ___ to ___ ) |
| Real Property<br>■ Principal Residence<br>☐ Other Real Property<br>Address of Collateral:<br>19332 NW 11 St<br>Hollywood, FL 33029 | Check one below:<br>☐ Escrow is included in the monthly mortgage payment listed in this section<br>☐ The debtor(s) will pay<br>   ☐ taxes ☐ insurance directly | |

**2. VEHICLES(S):** ■ NONE

**3. PERSONAL PROPERTY:** ■ NONE

**C. LIEN AVOIDANCE** ■ NONE

Debtor(s): Jairo Leal, Alexandra J Estevez    Case number: 17-10133

- D. **SURRENDER OF COLLATERAL:** Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution fom the Chapter 13 Trustee.
  - ☒ NONE
- E. **DIRECT PAYMENTS:** Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution fom the Chapter 13 Trustee.
  - ☐ NONE
  - ☐ The debtor(s) elect to make payments directly to each secured creditor listed below. The debtor(s) request that upon confirmation of this plan the automatic stay be terminated in rem as to the clebtor(s) and in rem and in personam as to any codebtor(s) as to these creditors. Nothing herein is intended to terminate or abrogate the debtor(s)' state law contract rights.

| | Name of Creditor | Last 4 Digits of Account No. | Description of Collateral (Address, Vehicle, etc.) |
|---|---|---|---|
| 1. | Chapel Train HOA | 0102 | 19332 NW 11 St<br>Hollywood, FL 33029 |

IV. **TREATMENT OF FEES AND PRIORITY CLAIMS** [as defined in 11 U.S.C. §507 and 11 U.S.C. § 1322(a)(4)]

- A. **ADMINISTRATIVE FEES OTHER THAN DEBTORS(S)' ATTORNEY'S FEE:** ☒ NONE
- B. **INTERNAL REVENUE SERVICE:** ☒ NONE
- C. **DOMESTIC SUPPORT OBLIGATION(S):** ☒ NONE      D. **OTHER:**

☒ NONE

V. **TREATMENT OF UNSECURED NONPRIORITY CREDITORS**

- A. Pay    $355.27    /month (Months   10   to  60  )

  Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

- B. ☒ If checked, the Debtor(s) will amend/modify to pay 100% to all allowed unsecured nonpriority claims.
- C. **SEPARATELY CLASSIFIED:**    ☒ NONE

*Debtor(s) certify the separate classification(s) of the claim(s) listed above will not prejudice other unsecured nonpriority creditors pursuant to 11 U.S.C. § 1322.

VI. **EXECUTORY CONTRACTS AND UNEXPIRED LEASES:** Secured claims filed by any creditor/lessor granted stay relief in this section shall not receive a distribution from the Chapter 13 Trustee.
  - ☒ NONE

VII. **INCOME TAX RETURNS AND REFUNDS:** ☐ NONE

- ☒ Debtor(s) shall provide copies of yearly income tax returns to the Trustee (but not file with the Court) no later than May 15th during the pendency of the Chapter 13 case. In the event the debtor(s)' disposable income or tax refunds increase, debtor(s) shall increase payments to unsecured creditors over and above payments provided through the Plan up to 100% of allowed unsecured claims. [Broward/Palm Beach cases]

VIII. **NON-STANDARD PLAN PROVISIONS** ☐ NONE

- ☐ Nonstandard provisions must be set forth below. A nonstandard provision is a provision not otherwise included in the Local Form or deviating from it. Nonstandard provisions set out elsewhere in this plan are void.

☐ Mortgage Modification Mediation

Debtor(s): Jairo Leal, Alexandra J Estevez   Case number: 17-10133

**PROPERTY OF THE ESTATE WILL VEST IN THE DEBTOR(S) UPON PLAN CONFIRMATION.**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/ Jairo Leal   Debtor   11/15/2017              Alexandra J Estevez   Joint Debtor   11/15/2017
Jairo Leal                Date                    Alexandra J Estevez                  Date

/S/ Ricardo Corona, Esq.   11/15/2017
Attorney with permission to sign on   Date
Debtor(s)' behalf

**By filing this document, the Attorney for Debtor(s) or Debtor(s), if not represented by counsel, certifies that the wording and order of the provisions in this Chapter 13 plan are identical to those contained in Local Form Chapter 13 Plan and the plan contains no nonstandard provisions other than those set out in paragraph VIII.**