UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 17-10133-BKC-RBR
PROCEEDING UNDER CHAPTER 13

IN RE:

JAIRO E LEAL
XXX-XX-4097
ALEXANDRA J ESTEVEZ
XXX-XX-9953

DEBTORS_____/

## TRUSTEE'S MOTION TO DISMISS AND CERTIFICATE OF SERVICE OF COURT GENERATED NOTICE OF HEARING

**COMES NOW**, Robin R. Weiner, Standing Chapter 13 Trustee in the above-referenced bankruptcy case ("Trustee"), and files her Motion to Dismiss pursuant to 11 U.S.C. §1307(c) for the reason(s) set forth below:

1. Failure to make required payments under the Plan as required by 11 U.S.C. §1307;

**WHEREFORE**, your movant recommends it is in the best interest of the creditors and the estate that this petition under Chapter 13 be dismissed.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1(A) and that a true and correct copy of this Trustee's Motion to Dismiss and Certificate of Service of Court Generated Notice of Hearing was served, via U.S. first class mail, certified mail and/or CM/ECF, upon the parties listed on the attached service list this 27th day of December, 2017.

_/s/ Robin R. Weiner_
ROBIN R. WEINER, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 559007
FORT LAUDERDALE, FL 33355-9007
TELEPHONE: 954-382-2001
FLORIDA BAR NO.: 861154

MOTION TO DISMISS
CASE NO.:  17-10133-BKC-RBR

## SERVICE LIST

**COPIES FURNISHED TO:**

**DEBTORS**
JAIRO E LEAL
ALEXANDRA J ESTEVEZ
19332 NW 11 ST
HOLLYWOOD, FL  33029

**ATTORNEY FOR DEBTORS**
RICARDO CORONA, ESQUIRE
3899 NW 7TH STREET
SUITE 202-B
MIAMI, FL  33126

**CREDITOR(S)**
CHAPEL TRAIL HOA
C/O POPULAR ASSOC., BANKING
POB 165840
MIAMI, FL  33116

DEUTSCHE BANK NATIONAL TRUST
C/O ALBERTELLI LAW
POB 23028
TAMPA, FL  33623

NAVIENT SOLUTIONS, INC.
C/O DEPARTMENT OF EDUCATION LOAN SERVICES
POB 9635
WILKES-BARRE, PA  18773-9635

NAVIENT SOLUTIONS, INC.
C/O DEPARTMENT OF EDUCATION SERVICING
POB 740351
ATLANTA, GA  30374-0351

SELECT PORTFOLIO SERVICING
POB 65450
SALT LAKE CITY, UT  84165-0450

SELECT PORTFOLIO SERVICING INC.
POB 65250
CODE: MC 240
SALT LAKE CITY, UT  84165

MOTION TO DISMISS
CASE NO.: 17-10133-BKC-RBR

WEITZER CHAPEL TRAIL HOA
5618 HOLLYWOOD BLVD
HOLLYWOOD, FL 33021

WEITZER CHAPEL TRAIL HOMES HOMEOWNERS ASSOC INC
C/O ELSINGER, BROWN, LEWIS, FRANKEL & CHAIET, PA
4000 HOLLYWOOD BLVD., SUITE 265-S
HOLLYWOOD, FL 33021